IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROGER M. SERAFIN,

        Plaintiff,

vs.                                                                   No. CV 16-283 CG

CAROLYN W. COLVIN,
Acting Commissioner of the Social
Security Administration,

        Defendant.

**ORDER AWARDING ATTORNEY FEES AND COSTS PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)**

**THIS MATTER** is before the Court on Plaintiff's *Unopposed Motion for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act*, (Doc. 28), filed July 12, 2017, in which the parties stipulate to an award of $7,000 in attorney fees and $400.00 in costs.

**IT IS THEREFORE ORDERED** that Plaintiff be awarded $7,000 in attorney fees and $400.00 in costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). *See Astrue v. Ratliff*, 560 U.S. 586, 591–93 (2010) (providing EAJA fees are paid to the prevailing party, not the attorney).

**IT IS FURTHER ORDERED** that if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b), Section 206(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED**.

                                                                          THE HONORABLE CARMEN E. GARZA
                                                                          UNITED STATES MAGISTRATE JUDGE